Clerk's Use Only
Initial for fee pd.:

Richard H. Morton
Montgomery McCracken Walker & Rhoads, LLP
220 West Gay Street
West Chester, PA 19380
610-350-3150 Tel  610-430-8718 Fax

FILED

08 MAR 26  P 2: 23

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William B. Wilson &
Joan W. Wilson

          Plaintiff(s),

v.

United States of America

          Defendant(s).

CASE NO. C08 01634 RS

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Richard H. Morton, an active member in good standing of the bar of Pennsylvania and New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing William and Joan Wilson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
David S. Levin (CA Bar 156336) Levin Law Firm
405 Sherman Ave, Palo Alto, CA 94306

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2008

_____
Richard H. Morton