UNITED STATES DISTRICT COURT

Northern District of California

|   |   | CASE NO. |
|---|---|----------|
|   | Plaintiff(s), | C08 01634 RS |
| v. |   | (Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Defendant(s).

Richard H. Morton                    , an active member in good standing of the bar of

Pennsylvania and New Jersey             whose business address and telephone number

(particular court to which applicant is admitted)

is·

Montgomery McCracken Walker & Rhoads LLP; 220 West Gay Street
West Chester, PA 19380
(610) 350-3150

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing William and Joan Wilson

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California