

Clerk's Use Only

Initial for fee pd.:

Kevin J. Ryan
Montgomery McCracken Walker & Rhoads, LLP
220 West Gay Street
West Chester, PA 19380
610-350-3150 Tel 610-430-8718 Fax

FILED

MAR 26 P 2: 33

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

William B. Wilson &
Joan W. Wilson

          Plaintiff(s),

v.

United States of America

          Defendant(s).

C 08    01634    RS

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kevin J. Ryan, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing William and Joan Wilson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
David S. Levin (CA Bar 156336) Levin Law Firm
405 Sherman Ave, Palo Alto, CA 94306

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2008

Kevin J. Ryan