UNITED STATES DISTRICT COURT
Northern District of California

NO. C08 01634 RS

_____
                    Plaintiff(s),
       v.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____
                    Defendant(s).

Kevin J. Ryan , an active member in good standing of the bar of
Pennsylvania whose business address and telephone number
(particular court to which applicant is admitted)
is
Montgomery McCracken Walker & Rhoads LLP; 220 West Gay Street
West Chester, PA 19380
(610) 350-3150
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing William and Joan Wilson ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge