UNITED STATES DISTRICT COURT

Northern District of California

Wilson

Plaintiff(s),

v.

USA

Defendant(s).

CASE NO. C08 01634

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Richard H. Morton , an active member in good standing of the bar of Pennsylvania and New Jersey  whose business address and telephone number (particular court to which applicant is admitted) is

Montgomery McCracken Walker & Rhoads LLP; 220 West Gay Street
West Chester, PA 19380
(610) 350-3150

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing William and Joan Wilson .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/27/08

United States Magistrate Judge

