**FILED**
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Wilson

Plaintiff(s),

v.

USA

Defendant(s).

CASE NO. C08 01634

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kevin J. Ryan , an active member in good standing of the bar of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Montgomery McCracken Walker & Rhoads LLP; 220 West Gay Street
West Chester, PA 19380
(610) 350-3150

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing William and Joan Wilson .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/27/08

United States Magistrate Judge