AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| William and Joan Wilson | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| United States of America | ) |
| Defendant | ) |

*E-FILING*   **C08 01634  RS**

**Summons in a Civil Action**

To: United States of America
     (Defendant's name)

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  Richard W. Wieking
                                                  Name of clerk of court

Date: __MAR 26 2008__

                                                  Deputy clerk's signature

                                              Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/23/2008_____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       Dianne Lackey, paralegal, United States Attorney; 450 Golden Gate Ave; SF____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: ____05/22/2008____

_____
Server's signature

**David S. Levin**
Printed name and title

405 Sherman Ave
Palo Alto, CA 94306

_____
Server's address