Richard H. Morton
Kevin J. Ryan
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
220 West Gay St.
West Chester, PA 19380
Telephone: 610/350-3150
Facsimile: 610/430-8718

Attorneys for Plaintiffs,
William and Joan Wilson
(Admitted, *pro hoc vice*)

DAVID S. LEVIN (Bar No. 156336)
LEVIN LAW FIRM
405 Sherman Avenue
Palo Alto, California 94306-1827
Telephone: 650/858-8500
Facsimile: 650/858-8508

Attorneys for Plaintiffs,
William and Joan Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| WILLIAM AND JOAN WILSON<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.   C08 01634 RS<br><br>**JURY DEMAND** |

Plaintiffs WILLIAM WILSON and JOAN W. WILSON, by and through their counsel, hereby demand a jury trial on all claims to which there is a right to trial by jury.

Date: May 29, 2008              LEVIN LAW FIRM

                                /s/David S. Levin

                                David S. Levin

                                Attorneys for William and Joan Wilson

Jury Demand                                                                                      **Page 1**

1  Richard H. Morton
   Kevin J. Ryan
2  MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
   220 West Gay St.
3  West Chester, PA 19380
   Telephone: 610/350-3150
4  Facsimile:  610/430-8718

5  Attorneys for Plaintiffs,
   William and Joan Wilson
6  (Admitted, *pro hoc vice*)

7  DAVID S. LEVIN (Bar No. 156336)
   LEVIN LAW FIRM
8  405 Sherman Avenue
   Palo Alto, California 94306-1827
9  Telephone:  650/858-8500
   Facsimile:  650/858-8508
10
   Attorneys for Plaintiffs,
11 William and Joan Wilson

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                        San Jose Division

15 | WILLIAM AND JOAN WILSON | Case No.   C08 01634 RS |
16 |                         |                         |
17 |      Plaintiffs,        | **Certificate of Service** |
18 |      v.                 |                         |
19 | UNITED STATES OF AMERICA |                        |
20 |                         |                         |
21 |      Defendant.         |                         |

23     I am employed in the County of Santa Clara, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 405 Sherman Avenue; Palo Alto, California  94306-1827.  On May 29, 2008, I served the foregoing documents described as:

25 **Jury Demand**

26 on the following interested parties as follows:

Jury Demand                                                                 **Page 1**

United States of America
c/o Diane Lackey
United States Attorney Office
450 Golden Gate Ave
San Francisco, CA 94102

[X]  **VIA MAIL**:
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Palo Alto, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

   I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

   Executed on May 29, 2008, at Palo Alto, California.

                                                          /s/ David S. Levin