JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
 Telephone:   (415) 436-6888
 Fax:         (415) 436-6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM and JOAN WILSON,<br><br>  Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>  Defendant. | No. C-08-01634-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:  JULY 16, 2008<br>TIME:  2:30 P.M. |

The parties to the above-entitled action jointly submit this Case Management Statement.

## DESCRIPTION OF CASE

1.   A brief description of the events underlying the action:

This is an action for the recovery of federal income tax, penalties and interest alleged to have been erroneously assessed and collected.

Plaintiffs allege:

On or about March 29, 2006, the IRS wrongfully seized the entire proceeds of the sale of real property located in the State of California and owned by plaintiffs, to wit, $505,608.12. The seizure was based on tax liabilities for the calendar years 1975, 1999 and 2002. Plaintiffs allege that the seizure should not have occurred because (1) the IRS had not properly filed a lien in the State of California; (2) the IRS improperly executed on the sale proceeds during the 30 day appeal period for other liens; and (3) the IRS improperly and unlawfully seized assets of plaintiff

1  Joan Wilson for tax liabilities on which it only had recourse against plaintiff William Wilson.
2      Plaintiffs further allege that with respect to the 1975 tax year plaintiff William Wilson
3  entered into a stipulated agreement as to the tax liability reflected in a Tax Court Decision and
4  then full paid said tax liability. Plaintiffs further allege that any accrued penalty and interest
5  should be abated by reason of the Government's delay in addressing and resolving the 1975
6  dispute. With respect to the 1999 tax year, plaintiffs allege the IRS ignored a timely request for
7  extension and timely payments and assessed a late filing penalty of $43,706 which plaintiffs
8  alleged they do not owe. With respect to the 2002 tax year, plaintiff's allege that the IRS
9  wrongfully returned a check to plaintiffs for insufficient funds and wrongfully assessed a late
10 filing penalty against plaintiffs with associated interest. Plaintiffs further allege that $30,063.00
11 in taxes was wrongfully assessed for the tax year 2002.

    2.    The principal factual issues which the parties dispute:

    Unknown at this time.

    3.    The principal legal issue[s] which the parties dispute:

    Unknown at this time.

    4.    The other factual issues *[e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the parties propose to resolve those issues:

    Unknown at this time.

    5.    The parties which have not been served and the reasons:

    None.

    6.    The additional parties which the below-specified parties intend to join and the intended time frame for such joinder?

    None.

    7.    The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:

    The parties consent to assignment to a magistrate judge for trial.

///

## ALTERNATIVE DISPUTE RESOLUTION

8. *[Please indicate the appropriate response(s).]*

___  The case was automatically assigned to Nonbinding Arbitration at filing and will be ready or the hearing by (date) _____.

___  The parties have filed a Stipulation and Proposed Order Selecting an ADR process (specify process): _____.

___  The parties filed a Notice of Need ro ADR Phone Conference and the hone conference was held on or is scheduled for _____.

_X_  The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is __None__ .

Plaintiffs agree to ADR.

Until it is able to retrieve its administrative files and assess plaintiffs' allegations, the government believes that assigning this case to an ADR process would be premature.

9.    Please indicate any other information regarding ADR process or deadline:

Unknown at this time.

## DISCLOSURES

10.   The parties certify that they have made the following disclosures *[list disclosures of persons, documents, damage computation and insurance agreements]*:

The government is attempting to locate and retrieve all pertinent IRS files. Plaintiff has provided counsel for the IRS by fax with a copy of the claim for refund of April 13, 2006 and is otherwise willing to commence voluntary discovery.

## DISCOVERY

11.   The parties agree to the following discovery plan *[Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]*:

Unknown at this time.

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

Unknown at this time.

13. The parties expect that the trial will last for the following number of days:

Unknown at this time.

## OTHER MATTERS

This case involves plaintiffs 1975, 1999 and 2002 tax years. With respect to the 1975 tax year and liability, plaintiffs allege that tax liability was compromised in 1996 and that the agreed upon tax deficiency was paid in full on April 16, 1998. With respect to the 1999 tax year and liability, plaintiffs allege that they owed nothing and, therefore, the seizure was improper. With respect to the 2002 tax year and liability, plaintiffs allege that they owe nothing because a late filing penalty and interest were wrongfully assessed.

The government is attempting to retrieve any administration files or other information regarding the three tax years and liabilities to ascertain the truth of plaintiffs' allegations. The government is encountering difficulty because of the age of these transactions.

At this time, the government simply does not have sufficient information to file a pleading responsive to the complaint. Plaintiffs have refused to stipulate to an extension at time to answer or otherwise respond. The government will be filing a motion.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/14/2008

DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated:

DAVID S. LEVIN
Attorney for Plaintiffs

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

Unknown at this time.

13. The parties expect that the trial will last for the following number of days:

Unknown at this time.

## OTHER MATTERS

This case involves plaintiffs 1975, 1999 and 2002 tax years. With respect to the 1975 tax year and liability, plaintiffs allege that tax liability was compromised in 1996 and that the agreed upon tax deficiency was paid in full on April 16, 1998. With respect to the 1999 tax year and liability, plaintiffs allege that they owed nothing and, therefore, the seizure was improper. With respect to the 2002 tax year and liability, plaintiffs allege that they owe nothing because a late filing penalty and interest were wrongfully assessed.

The government is attempting to retrieve any administration files or other information regarding the three tax years and liabilities to ascertain the truth of plaintiffs' allegations. The government is encountering difficulty because of the age of these transactions.

At this time, the government simply does not have sufficient information to file a pleading responsive to the complaint. Plaintiffs have refused to stipulate to an extension at time to answer or otherwise respond. The government will be filing a motion.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:

DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: 7-14-2008

DAVID S. LEVIN
Attorney for Plaintiffs

Joint CMS & Proposed Order
No. C-08-01634-RS                                4