```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER  (California State Bar No. 95024)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone:   (415) 436-6888
     Fax:         (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **WILLIAM and JOAN WILSON,** ) | **No. C-08-01634-RS** |
| ) | |
| Plaintiffs, ) | **CONSENT TO PROCEED BEFORE** |
| v. ) | **A UNITED STATES MAGISTRATE** |
| ) | **JUDGE** |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

CONSENT TO PROCEED BEFORE  A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the United States of America hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney

Dated: July 15, 2008                              /s/ David L. Denier
                                                              DAVID L. DENIER
                                                               Assistant United States Attorney
                                                               Tax Division