1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (California State Bar No. 95024)
4  Assistant United States Attorney
   9th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:   (415) 436-6888
   Fax:         (415) 436-6748
7
   Attorneys for the United States of America
8
                 UNITED STATES DISTRICT COURT FOR THE
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 | WILLIAM and JOAN WILSON,            )
   |                                     )   No. C-08-01634-RS
13 |         Plaintiffs,                 )
   |   v.                                )
14 |                                     )
   | UNITED STATES OF AMERICA            )   STIPULATION
15 |                                     )
   |         Defendant.                  )
16 |_____)

17       IT IS HEREBY AGREED AND STIPULATED pursuant to Local Rule 6-1(a), by and

18 between plaintiffs and defendant, by their attorneys of record, that the time in which defendant

19 United States of America may answer or otherwise respond to the complaint in this action be

20 extended to and including August 26, 2008.

21                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
22
23 Dated: 7/16/08
                                            _____
24                                          DAVID L. DENIER
                                            Assistant United States Attorney
25                                          Tax Division
                                            Attorneys for United States of America
26
27 Dated: 7-16-2008
                                            _____
28                                          DAVID S. LEVIN
                                            Attorney for Plaintiffs