UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__   DATE: __7/16/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 08-01634RS__

CASE TITLE: __WILLIAM & JOAN WILSON__ VS. __USA__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__DAVID S. LEVIN__                 __DAVID DENIER__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }   1.
{ }    { }    { }   2.
{ }    { }    { }   3.
{ }    { }    { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   { } Cont'd to:           @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments:

__CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT: _____      Copies to: _____   _____   _____