**\*E-FILED 7/16/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM WILSON, et al., | No. C 08-01634 RS |
| Plaintiffs, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

A Case Management Conference was held on July 16, 2008.

A further Case Management Conference shall be held on **October 1, 2008 at 2:30 p.m.** An updated Case Management Conference Statement shall be filed no later than September 24, 2008.

**IT IS SO ORDERED.**

DATED: July 16, 2008

RICHARD SEEBORG
United States Magistrate Judge

CASE MANAGEMENT SCHEDULING ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David L. Denier     david.denier@usdoj.gov

David S. Levin     david@levinlawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 16, 2008

                           /s/ BAK
                         Chambers of Magistrate Judge Richard Seeborg