```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney             *E-FILED 2/24/09*
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-6888
 Fax:         (415) 436-6748
```

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **WILLIAM and JOAN WILSON,** ) <br> ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **No. C-08-01634-RS** <br><br> **STIPULATION AND ORDER** <br> **VACATING AND CONTINUING** <br> **MOTIONS HEARING** |

    The above-referenced case is presently set for hearing on cross-motions for summary judgment on Wednesday, February 25, 2009, at 9:30 a.m.  Plaintiffs have proposed a settlement which counsel for the government will recommend to the Department of Justice and the Internal Revenue Service.  The parties, therefore, agree and stipulate that the hearing on cross-motions for summary judgment be vacated and continued to March 25, 2009, at 9:30 a.m. to allow the parties time to settle the case.

Dated: February 24, 2009              /s/ David S. Levin
                                                                DAVID S. LEVIN
                                                                Attorney for Plaintiffs

                                                                JOSEPH P. RUSSONIELLO
                                                                United States Attorney

Dated: February 24, 2009              /s/ David L. Denier
                                                                DAVID L. DENIER
                                                               Assistant United States Attorney
                                                                Tax Division
                                                                Attorneys for United States of America

ORDER

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered that the hearing set for February 25, 2009, at 9:30 a.m. is ~~vacated and~~ continued to March 25, 2009, at 9:30 a.m.

Dated: 2/24/09

RICHARD SEEBORG
United States Magistrate Judge