JOSEPH P. RUSSONIELLO (CSBN 44332)   **E-Filed 4/4/09**
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (California State Bar No. 95024)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:    (415) 436-6888
Fax:              (415) 436-6748

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **WILLIAM and JOAN WILSON,** | **No. C-08-01634-RS** |
| **Plaintiffs,** | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| **UNITED STATES OF AMERICA** | |
| **Defendant.** | |

The parties to this action, by their counsel, hereby advise the court that they have agreed to a settlement.

IT IS HEREBY AGREED AND STIPULATED by the parties that this action may be dismissed with prejudice, each party to bear its own costs, provided that, if any party hereto certifies to the court, with proof of service of a copy thereon on opposing counsel, with in ninety days from the date the Order is filed, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

Dated: March 30, 2009                        /s/
                                             RICHARD H. MORTON
                                             Attorney for Plaintiffs

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

Dated: April 3, 2009                         /s/
                                             DAVID L. DENIER
                                             Assistant United States Attorney
                                             Tax Division
                                             Attorneys for United States of America

1                  <u>O R D E R</u>

2     IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

3 However, if any party hereto certifies to this court, with proof of service of a copy thereon on

4 opposing counsel, within ninety days from the date hereof, that settlement has not in fact

5 occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the

6 calendar for further proceedings.

7

8 Dated:    **April 4, 2009**                        _____
                                                                    RICHARD SEEBORG

9                                                                     United States Magistrate Judge

Stip. & Order of Dismissal With
Prejudice (No. C-08-01634-RS)           2